# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMEENA SALAHUDDIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM INCORPORATED,<br><br>　　　　　　　Defendant. | Case No. C23-434 RSL<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

Dated this 23rd day of March, 2023.

*/s/ Michelle L. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1