UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENA SALAHUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INCORPORATED, <br><br> Defendant. | No. C23-434RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on March 23, 2023. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than June 16, 2023. The Clerk of Court shall note this Show Cause on the Court's calendar for June 16, 2023.

DATED this 2nd day of June, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                                         -2-