UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMEENA SALAHUDDIN,

        Plaintiff,

v.

AMAZON.COM INCORPORATED,

        Defendant.

CASE NO. 2:23-cv-00434-RSL

ORDER OF DISMISSAL

    Plaintiff was ordered to show cause by Friday, June 16, 2023, why the above-captioned matter should not be dismissed for failure to timely serve the summons and complaint. Dkt. # 8. No response has been filed. This matter is therefore DISMISSED without prejudice.

    Dated this 20th day of June, 2023.

                          Robert S. Lasnik
                          United States District Judge

ORDER OF DISMISSAL - 1